# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02982-NRN

ACCESS 4 ALL INCORPORATED
and FABIOLA MUÑOZ,

    Plaintiffs,

v.

TODAY'S V, INC. et al.,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, ACCESS 4 ALL INCORPORATED and FABIOLA MUÑOZ, and Defendants, TODAY'S V, INC. and PROVIDENCE HOSPITALITY PARTNERS LLC D/B/A STAYBRIDGE SUITES DENVER INTERNATIONAL AIRPORT, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this March 10, 2022.

1

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ, ESQ. | JOSEPH R. KUMMER, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | JACHIMIAK PETERSON KUMMER, LLC |
| 1600 Broadway | 1819 Denver West Drive, Suite 265 |
| Denver, Colorado 80202 | Golden, CO 80401 |
| Telephone: (305) 553- 3464 | Telephone: (303) 863-7700 |
| Email:  ajperez@lawgmp.com | Email: jkummer@jpk.law |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 10, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By:  /s/ *Anthony J. Perez*
 ANTHONY J. PEREZ

2